UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YANILZA GONZALEZ,

                Plaintiff,

-against-

RETROSPEKT, LLC,

                Defendant.

Case No. 1:23-cv-06824 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

      On October 15, 2023, the Court ordered the parties to file a joint letter within 45 days of service of the summons and complaint. ECF No. 6. On December 5, 2023, after the parties failed to file such a letter before that deadline, the Court ordered them to file their letter by December 8, 2023. ECF No. 9. That deadline has now passed without any submission. The parties' failure to comply with the Court's orders and deadlines is unacceptable and may result in dismissal of this case for failure to prosecute. The parties are ordered, for the final time, to submit their joint letter by **December 15, 2023**. If the parties do not file their letter by that date or provide some other update, the Court will dismiss the case for failure to prosecute.

Dated: December 11, 2023
       New York, New York

                                    SO ORDERED.

                                    JENNIFER L. ROCHON
                                    United States District Judge